McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| The Cellular Telephone Assigned To Call Number 209-751-8920 | 2:19-SW-0189 AC |
| A red Ford Ranger pickup truck bearing California license plate 7X37790, VIN 1DTZR44E56PA39922 | 2:19-SW-0224 DB |
| A black 2006 Sport Utility Vehicle bearing California license plate 5SBE399, VIN 1J8HR68216C220946 | 2:19-SW-0225 DB |
| 3273 Juliet Road Stockton, California 95205 | 2:19-SW-0226 DB |
| 2144 South Ash Street Stockton, California 95206 | 2:19-SW-0227 DB |

FILED
APR 19 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: April 19, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE